**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| Alexander Guerrero, individually and on behalf of all others similarly situated,   ) ) ) | |
| Plaintiff,   ) ) ) | No. 4: 23 CV 690 RLW |
| PIM Brands, Inc.,   ) ) ) | |
| Defendant.,   ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order issued herewith,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this action is **DISMISSED** with prejudice.

_____
**RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE**

Dated this      th day of July, 2024.